■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARRIE IRIZARRY, Appellant. [903 NYS2d 742]—Judgment, Criminal Division of the Supreme Court, Bronx County (Peter J. Benitez, J.), rendered December 7, 2005, convicting defendant, after a nonjury trial, of attempted petit larceny, attempted criminal possession of stolen property in the fifth degree and harassment in the second degree, and sentencing her to a term of probation of one year and a conditional discharge, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's determinations concerning credibility. Evidence credited by the court established each element of the crimes of which defendant was convicted, and we have considered and rejected defendant's arguments to the contrary. Concur—Tom, J.P., Andrias, Nardelli, Catterson and Moskowitz, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMMANUEL BAAH, Appellant. [903 NYS2d 742]—Judgment, Criminal Division of the Supreme Court, Bronx County (Joseph Dawson, J.), rendered June 6, 2007, convicting defendant, after a nonjury trial, of attempted assault in the third degree and harassment in the second degree, and sentencing him to a conditional discharge, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's determinations concerning credibility. The fact that the court acquitted defendant of other charges does not warrant a different conclusion. Concur—Saxe, J.P., Friedman, Nardelli, Sweeny and DeGrasse, JJ.